UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE ON LABOR MATTERS NO. 59 IN BUENOS AIRES, ARGENTINA IN THE MATTER OF HERNÁN DARIO BOZZOLI V. CABLEVISION S.A | CASE NO. |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining bank records from UBS Financial Services Inc. Certain information has been requested by the National Court of First Instance on Labor Matters No. 59 in Buenos Aires, Argentina ("Argentine Court"), pursuant to a Letter of Request issued by the Argentine Court in connection with a civil judicial proceeding captioned *Hernán Dario Bozzoli v. Cablevision S.A.*, Foreign Reference Number 1698/2021.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: February 22, 2022                Respectfully submitted,

                                        PHILIP R. SELLINGER
                                      United States Attorney

                                        BRIAN BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division, United States Department of Justice

                                        JEANNE E. DAVIDSON
                                        Director, Office of International Judicial Assistance
                                        Civil Division, United States Department of Justice

                     By:    /s/ Katerina Ossenova
                                        KATERINA OSSENOVA
                                        Senior Trial Counsel
                                        United States Department of Justice, Civil Division
                                        Office of Foreign Litigation
                                        Office of International Judicial Assistance
                                        1100 L Street, NW
                                        Room 8102
                                        Washington, DC 20530
                                        Telephone: 202-353-0194
                                        Email: Katerina.V.Ossenova@usdoj.gov